UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Carol Hermann

_____,  )
      Plaintiff (s),  )
                       )
v.                   )  Case No. 4:20CV1216
                       )
Kirkwood R-7 School District, et al )
_____,  )
      Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now ____Plaintiff____ and notifies the court of the intent to use
     (Plaintiff or Defendant)

____TBJ LLC / Travis Jones____
(name and address of process server)

____223 Salt Lick Rd #405____

____St. Peters, MO 63376____

To serve: ____Kirkwood R-7 School District / David Shapleigh____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

09/09/2020                            /s/Grant C. Boyd #67362
_____             _____
(date)                                   (attorney for Plaintiff)

                                           _____
                                           (attorney for Defendant)