UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROL HOTZE HERMANN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20- CV-1216 RLW |
| KIRKWOOD R-7 SCHOOL DISTRICT, et al., | ) |
| Defendant. | ) |

### ORDER

In accordance with the parties' Stipulation for Dismissal (ECF No. 48),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear his/her/its own costs.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of May, 2022.